UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-25230-CIV-WILLIAMS

ROSA ACOSTA, *et al.*,

    Plaintiffs,

vs.

O-LIVE ENTERTAINMENT, INC., *et al*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation (the "Report") (DE 18) regarding Plaintiffs' amended motion for final default judgment against Defendants O-Live Entertainment, Inc. and Heads or Tails Vixens, LLC. (DE 15). No objections to the Report were filed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 18) are **AFFIRMED AND ADOPTED**.

2. Plaintiffs' amended motion for default judgment (DE 15) is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiffs' amended motion for default judgment (DE 15) is **GRANTED** as to Counts I, II, III, and IV. The motion is **DENIED** as to Counts V and VI.

4. Plaintiffs' request for **$215,000.00** in damages and **$586.30** for expert costs, filing fees, service of process, and other administrative expenses is **GRANTED**.

5. Plaintiffs' request for Defendants to complete Florida Rules of Civil Procedure Form 1.977(b) Fact Information Sheet, including all required attachments, within forty-five (45) days from the date this Court's judgment is **GRANTED.**

6. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE